## Commonwealth *v.* Kauffman, Appellant.

Submitted March 17, 1969. *Joseph Kauffman,* appellant, in propria persona; *Harold K. Don, Jr.* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.